**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:10-CR-109 |
| | ) | |
| VICTOR MEZA, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Victor Meza, Jr. (DE #410) filed on February 21, 2012. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Victor Meza, Jr., and **FINDS** the Defendant guilty of Counts 1 and 2 of the third superseding indictment.

This matter is set for sentencing on January 26, 2013, at 1:00 p.m.

**DATED: March 13, 2012**          /s/RUDY LOZANO, Judge
                                   **United States District Court**