UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 2:10 CR 109 RL |
| | ) | |
| ANTONIO C. MARTINEZ, JR. | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

Comes now the United States of America, by counsel, David Capp, United States Attorney for the Northern District of Indiana, and Assistant United States Attorney David J. Nozick, and files the following sentencing memorandum:

**The PSR**

The defendant pled guilty by way of indictment to one count of conspiracy to commit racketeering activity, one count of narcotics conspiracy, one count of Hobbs Act Robbery and one count of using a gun in furtherance of the racketeering activity, drug trafficking conspiracy and Hobbs Act robbery. The Presentence Investigation Report (hereinafter "PSR"), determines that the offense level is 43. Based upon a criminal history category of I, the guideline range is life imprisonment, followed by a mandatory 60 month sentence on the 924( c) count. If this honorable court grants the government's sealed motion, the range of imprisonment will be from 135-168 months imprisonment.

**18 U.S.C. § 3553(a) Factors**

Title 18, United States Code, Section 3553(a) sets forth a number of factors, including but

not limited to, the nature and circumstances of the offense and the history and characteristics of the defendant; the need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law and provide just punishment; and the need for the sentence imposed to afford adequate deterrence and protect the public.

Based upon the government's sealed motion, and all of the Title 18, United States Code, Section 3553(a) factors, the government believes that a total sentence of one hundred and forty-four (144) months is a fair and just sentence. It is one that reflects the seriousness of the offense, promotes respect for the law, and affords adequate deterrence.

In conclusion, based upon all the Section 3553(a) factors, and the government's sealed motion, the government respectfully requests the Court to sentence the defendant to a sentence that includes a period of incarceration of one hundred and forty-four (144) months.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

By: /s/ David J. Nozick

David J. Nozick
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219) 937-5500

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10 CR 109 RL |
| | ) | |
| ANTONIO C. MARTINEZ, JR. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Government's Sentencing Memorandum was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of said filing to the following individual:

MARK A. PSIMOS
(Attorney for defendant Martinez)

By: /s/ Janet L. Eisenmann

Janet L. Eisenmann
U.S. Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219) 937-5500