UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTONIO C. MARTINEZ, JR.,<br>Defendant. | ) | No. 2:10-CR-109 |

## ORDER

Defendant Antonio C. Martinez, Jr. has filed a motion requesting a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2) as a result of Amendment 782 to the United States Sentencing Guidelines (DE # 405). Martinez's request that his sentenced be reduced is **TAKEN UNDER ADVISEMENT.** To facilitate this determination, the Court now requests United States Probation ("USP") to provide under seal to the Court, within 10 business days, a copy of Defendant's original PSR (with any addenda, previous updates and/or supplements), along with a current supplement. The current supplement should address all information pertinent to the impact of Amendment 782 upon Defendant's sentence, explaining whether the amendment applies to Defendant and if it does not, why not. If the amendment applies, it should set forth Defendant's new guideline range calculated under the amended guideline. The supplement should include any information obtained by USP regarding public safety considerations and Defendant's post-

sentencing conduct while incarcerated. This update shall **only** be provided to the Court. The Court will unseal the document and provide it to the parties if it finds it appropriate to do so.

**DATED: January 22, 2015**

**/s/RUDY LOZANO, Judge**
**United States District Court**