**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 2:10-CR-109 |
| ANTONIO C. MARTINEZ, JR., | ) | |
| Defendant. | ) | |

**ORDER REGARDING SENTENCE REDUCTION**
**PURSUANT TO 18 U.S.C. § 3582(C)(2)**

Upon the motion of the Defendant 18 U.S.C. § 3582(c)(2), as a result of Amendment 782 to the United States Sentencing Guidelines, made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 944(u); and having considered the existing record, and the Government's response agreeing with the Court's proposed sentence (DE #1217), and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, **IT IS ORDERED** that the Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 84 months for each of Counts 1, 2 and 14, to be served concurrently, and 60 months for Count 15, to be served consecutively to all other counts **is reduced to 60 months on Counts 1, 2 and 14, to be served concurrently, and 60 months on Count 15, to be served consecutively to all other counts. If the amount of time the Defendant has served as of November 1, 2015, exceeds the reduced sentence stated in this**

**Order, the sentence is reduced to a "Time Served" sentence as of November 1, 2015.**

In the event that Defendant is eligible for release within ten days of the date of this order, the Bureau of Prisons is directed to release Defendant as close to his scheduled release date as reasonably possible, but not later than ten days after the date of this order. This will enable to Bureau of Prisons to satisfy any of its duties including: (1) to notify victims and witnesses of the release of an offender as required by 18 U.S.C. § 3771; (2) to notify law enforcement officials and sex offender registration officials of the release of a violent offender or sex offender pursuant to 18 U.S.C. §§ 4042(b) and (c); and (3) to permit adequate time to collect DNA samples pursuant to 42 U.S.C. § 14135(a).

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to any departures)

| | |
|---|---|
| Previous Offense Level: 43 | Amended Offense Level: 41 |
| Criminal History Category: I | Criminal History Category: I |
| Previous Guideline Range: life | Amended Guideline Range: 324-405 mo. |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

The previous term of imprisonment imposed was less than the guideline range applicable to the Defendant at the time of sentencing as a result of a departure, and the reduced sentence is comparably less than the amended guideline range.

## III. ADDITIONAL COMMENTS

The original sentencing guideline range was life imprisonment (plus 60 months on Count 15). The Defendant received an 84-month term of imprisonment

on Counts 1, 2 and 14, to be served concurrently; and a term of 60 months for Count 15, to be served consecutively to all other counts. This represented a a 10 level downward departure. Looking only to the sentencing guidelines, the new sentencing guideline range is 324-405 months of imprisonment, plus a 60 month term or imprisonment on Count 15. The Court finds that a sentence of 60 months on Counts 1, 2 and 14, to be served concurrently; and a term of 60 months for Count 15, to be served consecutively to all other counts, is reasonable and appropriate. The precise sentence imposed is an equal reduction of the minimum of the updated applicable guideline range. Moreover, the Court finds that this term of imprisonment is not greater than necessary to reflect the seriousness of the offense. It adequately takes into account the nature and the circumstances of the offense, and the history and characteristics of the Defendant. It also promotes respect for the law, provides just punishment for the offense, affords adequate deterrence to this type of criminal conduct, and protects the public from further crimes of the Defendant.

Except as provided above, all provisions of the judgment dated May 28, 2013, shall remain in effect.

**IT IS SO ORDERED.**

**ORDER DATE: July 14, 2015**
**EFFECT DATE: November 1, 2015**

**/s/ RUDY LOZANO, Judge**
**United States District Court**