PROB 22
(Rev. 09/12)

By: s/ PAULA HARRISON
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 23, 2021

**...JURISDICTION**

**21cr-453**
**Judge Steven C. Seeger**
**Magistrate Judge Cox**

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:10CR109- 023 |
| DOCKET NUMBER *(Rec. Court)* | |

| | | |
|---|---|---|
| NAME AND ADD... D RELEASEE | DISTRICT | DIVISION |
| Antonio C Martin... | Northern Indiana | Hammond |
| | NAME OF SENTENCING JUDGE | |
| | Rudy Lozano | |
| | DATES OF SUPERVISION — FROM | TO |
| | 12/11/2020 | 12/10/2025 |

**...ED**
**7/20/2021 MP**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

OFFENSE

CONSPIRACY TO PARTICIPATE IN RACKETEERING ACTIVITY

CONSPIRACY TO POSSESS W/INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE AND 1000 KILOGRAMS OR MORE OF MARIJUANA

INTERFERENCE WITH COMMERCE BY THREATS OR VIOLENCE

USE OF FIREARM IN FURTHERANCE OF CRIMES OF VIOLENCE AND DRUG TRAFFICKING

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's Order of Acceptance of Jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 19, 2021
*Date*

/s/JON E. DEGUILIO
*United States District Judge*

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS___

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probation or supervised releasee be accepted and assumed by this Court from and after the entry of this Order.

July 20, 2021
*Effective Date*

Rebecca R Pallmeyer
*United States District Judge*